UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:07-0898 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Griffin |
| QUENTIN WHITE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On January 15, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 24) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby **ORDERED**:

1. The Motion to Dismiss filed by defendant George Little (Docket No. 11) is **GRANTED**, and defendant Little is **DISMISSED** from this action;

2. The plaintiff's claims under 42 U.S.C. §§ 1985 and 1986 are **DISMISSED** as to all defendants for failure to state a claim; and

3. Defendant Quentin White is **DISMISSED** from this action pursuant to Rule 4(m), FED. R. CIV. P.

This case is **RETURNED** to Magistrate Judge Griffin for further handling under the original referral Order.

It is so **ORDERED**.

Enter this 11th day of February 2008.

_____
ALETA A. TRAUGER
United States District Judge